HEMAN S. BREWER, Respondent, *v.* WILLIAM J. GILMORE, Appellant.

*Brewer* v. *Gilmore,* 57 App. Div. 637, affirmed.
(Argued June 25, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 9, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*John A. Delehanty* for appellant.

*Robert Averill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.